1  NINA F. LOCKER, State Bar No. 123838
   Email:  nlocker@wsgr.com
2  JEROME F. BIRN, JR., State Bar No. 128561
   Email:  jbirn@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email:  jostler@wsgr.com
4  NICHOLAS R. MILLER, State Bar No. 274243
   Email:  nmiller@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   *Attorneys for Defendants Intrexon Corporation,*
9  *Randal J. Kirk, and Rick L. Sterling*

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  RYAN HOFFMAN, Individually and on behalf of )   CASE NO.: 3:16-cv-02398-RS
    all others similarly situated,              )
16                                              )   STIPULATION AND [PROPOSED]
                                                )   ORDER TO EXTEND TIME TO
17              Plaintiff,                       )   RESPOND TO COMPLAINT
                                                )
18         v.                                    )
                                                )
19  INTREXON CORPORATION, RANDAL J.              )
    KIRK, and RICK L. STERLING,                  )
20                                              )
               Defendants.                       )
21                                              )
                                                )
22  _____  )

23

24

25

26

27

28

1  WHEREAS, on May 3, 2016, Plaintiff Ryan Hoffman individually and on behalf of all

2  others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities

3  Laws ("Complaint") against Intrexon Corporation ("Intrexon") and certain of its current

4  executives, Randal J. Kirk and Rick L. Sterling (collectively, "Defendants");

5  WHEREAS, on May 5, 2016, a substantively similar complaint with the caption *Patrick*

6  *M. Gibrall et al. v. Intrexon et al.* (Case No. 3:16-cv-02457-RS) (the "*Gibrall* Action") was filed

7  with the Court;

8  WHEREAS, on June 14, 2016 Plaintiff Hoffman served Intrexon and Intrexon's response

9  to the Complaint is currently due on July 5, 2016;

10  WHEREAS, this action is governed by the provisions of the Private Securities Litigation

11  Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 *et seq.*, and the parties anticipate that the

12  Court will consolidate the *Gibrall* and *Hoffman* actions and will appoint a lead plaintiff, and that

13  the court-appointed lead plaintiff will file a consolidated complaint superseding previously filed

14  complaints, including the Complaint; and

15  WHEREAS, the parties agree that efficiency for the Court and the parties in proceeding

16  under the PSLRA dictates that responding to the current Complaint should be deferred in light of

17  the foregoing.

18  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the

19  respective parties hereto, that:

20  1.  Wilson Sonsini Goodrich & Rosati PC, counsel for Defendants, has been

21  authorized to, and has, accepted service of the Summons and Complaint in this action on behalf

22  of Defendants Randal J. Kirk and Rick L. Sterling;

23  2.  Defendants shall not be required to, and shall not waive any rights, arguments, or

24  defenses by waiting to answer, move, or otherwise respond to the Complaint in this action.

25  3.  After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B),

26  lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing

27  of a consolidated complaint or designation of an operative complaint, and a briefing schedule for

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME          -1-
TO RESPOND TO COMPLAINT
CASE NO.: 3:16-cv-02398-RS

1  Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a

2  proposed schedule no later than ten (10) business days following the appointment of lead

3  plaintiff.

4      4.      This Stipulation is entered into without prejudice to any party seeking any interim

5  relief.

6      5.      Nothing in this Stipulation shall be construed as a waiver of any of Defendants'

7  rights or positions in law or in equity, or as a waiver of any defenses that Defendants would

8  otherwise have, including, without limitation, jurisdictional defenses.

9      IT IS SO STIPULATED.

10

11  DATED:  June 29, 2016        WILSON SONSINI GOODRICH & ROSATI
                                 PROFESSIONAL CORPORATION
12

13                               /s/          *Joni Ostler*
                                       JONI OSTLER
14
                                 650 Page Mill Road
15                               Palo Alto, CA  94304
                                 Telephone (650) 493-9300
16                               Facsimile: (650) 565-5100
                                 Email: nlocker@wsgr.com
17                                      jbirn@wsgr.com
                                        jostler@wsgr.com
18                                      nmiller@wsgr.com

19
                                 *Attorneys for Defendants Intrexon Corporation,*
20                               *Randal J. Kirk, and Rick L. Sterling*

21

22  DATED:  June 29, 2016        THE ROSEN LAW FIRM, P.A.

23

24

25                               /s/          *Laurence M. Rosen*
                                       LAURENCE M. ROSEN, ESQ.
26
                                 355 S. Grand Avenue, Suite 2450
27                               Los Angeles, CA 90071
                                 Telephone: (213) 785-2601
28                               Facsimile (213) 226-4684
                                 Email: lrosen@rosenlegal.com

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1.      Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to answer, move, or otherwise respond to the Complaint in this action.

2.      After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

3.      This Order is entered into without prejudice to any party seeking any interim relief.

4.      Nothing in this Order shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED:    6/29/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE