LIONEL Z. GLANCY (#134180)
  *lglancy@glancylaw.com*
ROBERT V. PRONGAY (#270796)
  *rprongay@glancylaw.com*
JOSHUA L. CROWELL (#295411)
  *jcrowell@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:       info@glancylaw.com

*Attorneys for Lead Plaintiff Joe Seppen*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTREXON CORPORATION SECURITIES LITIGATION | Master File No. 3:16-cv-02398-RS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FILING CONSOLIDATED AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR ANTICIPATED MOTION(S) TO DISMISS**<br><br>Hon. Richard Seeborg |

Stipulation Regarding Filing Consolidated Amended Complaint and Anticipated Motion(s) to Dismiss
Master File No. 3:16-cv-02398-RS

338374.2

WHEREAS, on June 29, 2016, the Court entered an Order requiring that after the appointment of the lead plaintiff in this action, the lead plaintiff and defendants Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling (collectively, "Defendants") shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint and a briefing schedule for Defendants' anticipated motion(s) to dismiss, and that the parties shall submit a joint stipulation with a proposed schedule no later than ten business days following the appointment of the lead plaintiff (ECF No. 18);

WHEREAS, on July 25, 2016, the Court entered an Order consolidating the related actions, appointing Joe Seppen as Lead Plaintiff, and approving Glancy Prongay & Murray LLP as Lead Counsel for the putative class (ECF No. 36);

WHEREAS, Lead Plaintiff and Defendants have met and conferred regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint and a briefing schedule for Defendants' anticipated motion(s) to dismiss;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to the approval of the Court, that:

1. Lead Plaintiff shall file the consolidated amended complaint by September 22, 2016;

2. Defendants shall answer or otherwise respond to the consolidated amended complaint by November 17, 2016;

3. If Defendants move to dismiss the consolidated amended complaint, Lead Plaintiff shall file its opposition(s) by December 23, 2016;

4. Defendants shall file their replies in support of any motion(s) to dismiss by February 2, 2017;

5. The initial case management conference currently scheduled for October 13, 2016, at 10:00 a.m., should be continued until a date in early 2017 at the Court's convenience concurrent with the hearing on Defendants' anticipated motion(s) to dismiss or shortly thereafter.

IT IS SO STIPULATED.

338374.2

Stipulation Regarding Filing Consolidated Amended Complaint and Anticipated Motion(s) to Dismiss
Master File No. 3:16-cv-02398-RS

1

| | | |
|---|---|---|
| 1 | Dated: August 1, 2016 | GLANCY PRONGAY & MURRAY LLP |

*/s/ Joshua L. Crowell*
Joshua L. Crowell

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: jcrowell@glancylaw.com

*Attorneys for Lead Plaintiff Joe Seppen*

Dated: August 1, 2016            WILSON SONSINI GOODRICH & ROSATI
                                 PROFESSIONAL CORPORATION

*/s/ Joni Ostler*
Joni Ostler

650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email:  nlocker@wsgr.com
            jbirn@wsgr.com
            jostler@wsgr.com
            nmiller@wsgr.com

*Attorneys for Defendants Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling*

338374.2

Stipulation Regarding Filing Consolidated Amended Complaint and Anticipated Motion(s) to Dismiss
Master File No. 3:16-cv-02398-RS

2

1 **[PROPOSED]** **ORDER**

2    GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

3    1.    Lead Plaintiff shall file the consolidated amended complaint by September 22, 2016;

4    2.    Defendants shall answer or otherwise respond to the consolidated amended complaint
5 by November 17, 2016;

6    3.    If Defendants move to dismiss the consolidated amended complaint, Lead Plaintiff
7 shall file its opposition(s) by December 23, 2016;

8    4.    Defendants shall file their replies in support of any motion(s) to dismiss by February 2,
9 2017;

10    5.    The initial case management conference currently scheduled for October 13, 2016, at
11 10:00 a.m., should be continued until a date in early 2017 at the Court's convenience concurrent with
12 the hearing on Defendants' anticipated motion(s) to dismiss or shortly thereafter.

13 IT IS SO ORDERED.

15 Dated:    August 2, 2016

16                                         _____
                                           Honorable Richard Seeborg
17                                         United States District Judge

338374.2

Stipulation Regarding Filing Consolidated Amended Complaint and Anticipated Motion(s) to Dismiss
Master File No. 3:16-cv-02398-RS                                                              3