NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
JEROME F. BIRN, JR., State Bar No. 128561
Email: jbirn@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
NICHOLAS R. MILLER, State Bar No. 274243
Email: nmiller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants Intrexon Corporation,
Randal J. Kirk, Rick L. Sterling, and Krish S. Krishnan*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Intrexon Corporation Securities Litigation | CASE NO.: 3:16-cv-02398-RS <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

1  Defendants Intrexon Corporation, Randal J. Kirk, Rick L. Sterling, and Krish S. Krishnan (collectively, "Defendants"), and Lead Plaintiff Joe Seppen, by and through their attorneys, stipulate and agree as follows:

WHEREAS, on August 2, 2016, based on a stipulation by and among the parties, the Court entered an Order Regarding Deadline for Filing Consolidated Amended Complaint and Briefing Schedule for Anticipated Motion(s) to Dismiss (Dkt. No. 41) setting forth a schedule requiring that Plaintiff file its consolidated amended complaint by September 22, 2016, that Defendants answer or otherwise respond by November 17, 2016, that Plaintiff file its opposition to that motion by December 23, 2016, and that Defendants file their reply by February 2, 2017;

WHEREAS, Defendants thereafter timely filed a motion to dismiss the amended complaint in this action (Dkt. No. 46) ("Motion to Dismiss") on November 17, 2016;

WHEREAS, the hearing on Defendants' Motion to Dismiss is currently noticed for February 16, 2017;

WHEREAS, Defendants' counsel subsequently learned of a scheduling conflict and cannot attend a hearing on February 16, 2017;

WHEREAS, Defendants informed Lead Plaintiff of this scheduling conflict and the parties agreed to request that the hearing on Defendants' Motion to Dismiss be continued for one week to Monday, February 23, 2017.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, subject to the approval of the Court, that:

1. The hearing on Defendants' Motion to Dismiss shall be continued from February 16, 2017 to February 23, 2017.

2. All briefing deadlines with respect to the Motion to Dismiss shall remain as set forth in the Scheduling Order.

IT IS SO STIPULATED.

STIP. AND [PROPOSED] ORDER CONTINUING HEARING ON DEFS' MOT. TO DISMISS
CASE NO.: 3:16-CV-02398-RS
-1-

DATED: January 6, 2017

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: /s/ *Joni Ostler*
      Joni Ostler

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jostler@wsgr.com

*Attorneys for Defendants Intrexon Corporation, Randal J. Kirk, Rick L. Sterling, and Krish S. Krishnan*

DATED: January 6, 2017

GLANCY PRONGAY & MURRAY LLP

By: /s/ *Joshua L. Crowell*
      Joshua L. Crowell

1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160
Email: jcrowell@glancylaw.com

*Attorneys for Lead Plaintiff Joe Seppen*

### [~~PROPOSED~~] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. The hearing on Defendants' Motion to Dismiss shall be continued from February 16, 2017 to February 23, 2017.

2. All briefing deadlines with respect to the Motion to Dismiss shall remain as set forth in the Scheduling Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/6/17

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE