UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Intrexon Corporation Securities Litigation | CASE NO.: 3:16-cv-02398-RS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING FINAL JUDGMENT FOR DEFENDANTS** |

On February 24, 2017, the Court issued an order granting Defendants' motion to dismiss in its entirety and dismissing Plaintiff's claims with leave to amend. On March 24, 2017, Plaintiff filed a Notice of Intent Not to Amend Complaint and to Appeal Order Granting Motion to Dismiss.

Defendants request that this Court enter final judgment dismissing with prejudice all claims brought against them in this action.

IT IS HEREBY ORDERED:

1. Defendants' Request for Entry of Judgment Pursuant to Order Dated February 24, 2017 is GRANTED.

2. The Court's February 24, 2017 Order is a final judgment against Plaintiff and Plaintiff's claims are DISMISSED WITH PREJUDICE.

3. Final Judgment is entered for Defendants.

4. The Clerk is directed to enter this judgment forthwith and close the file.

IT IS SO ORDERED.

DATED: 4/26/17

HONORABLE RICHARD SEEBORG
United States District Judge